UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON H. FLATTUM, | No. 2:11-cv-02711 KJM GGH |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS, et al., | |
| Defendants. | |

On September 27, 2016 Judgment was entered and the file was closed on this matter, ECF No. 48, approximately three months after receipt of the Ninth Circuit Court of Appeals decision. ECF No. 44. The mandate, however, was not received from the Court of Appeals until October 13, 2016. ECF No. 49. As a result, the Clerk of the Court shall reopen this file, reenter the judgment filed on September 27, 2016, and close the file to rectify the record.

**IT IS SO ORDERED**.

DATED: August 22, 2017.

_____
UNITED STATES DISTRICT JUDGE

1