# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**GORDON H. FLATTUM,**

CASE NO: **2:11−CV−02711−KJM−GGH**

v.

**PATTI BOWERS, ET AL.,**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/27/16**

**Marianne Matherly**
Clerk of Court

ENTERED: **September 27, 2016**

by: /s/ L. Mena−Sanchez
Deputy Clerk